UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMA CAPITAL PARTNERS, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-04969-EMC<br><br>**ORDER TO SHOW CAUSE; AND VACATING HEARING**<br><br>Docket No. 6 |

Defendants filed a motion to dismiss back on October 4, 2023. *See* Docket No. 6 (motion). Ms. Davis has failed to file an opposition to Defendants' motion. Accordingly, the Court hereby orders Ms. Davis to show cause as to why her case should not be dismissed without prejudice based on her failure to oppose and/or failure to prosecute her case. Ms. Davis's response to this order to show cause shall be filed by December 15, 2023. In her response, she should also address the merits of Defendants' motion to dismiss. Ms. Davis is forewarned that, if she does not timely respond to this order to show cause, then the Court shall automatically direct the Clerk of the Court to dismiss her case without prejudice and close the file in her case.

In light of this order to show cause, the hearing on Defendants' motion to dismiss (which is currently set for December 4, 2023) is temporarily **VACATED**.

**IT IS SO ORDERED**.

Dated: November 17, 2023

_____
EDWARD M. CHEN
United States District Judge