UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMA CAPITAL PARTNERS, LLC, et al.,<br><br>        Defendants. | Case No. 23-cv-04969-EMC   (EMC)<br><br>**ORDER RE PLAINTIFF'S LETTER OF DECEMBER 15, 2023**<br><br>Docket No. 43 |

Previously, the Court issued an order to show cause ("OSC") that directed Ms. Davis to file a response by December 15, 2023. On December 15, Ms. Davis filed a letter asking for an extension of time to respond to the OSC. Defendants have opposed the request.

Having considered the papers submitted, the Court hereby **GRANTS** Ms. Davis's request for an extension of time to respond to the OSC. Ms. Davis shall have until February 5, 2023, to file her response to the OSC.

**IT IS SO ORDERED**.

Dated: December 21, 2023

                                          EDWARD M. CHEN
                                          United States District Judge